# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JARED RIBARDI**                                                   **PETITIONER**

No. 4:24-cv-01028 JM/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**         **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE